

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

NOV 0 1 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_Batesville___ DIVISION

CASE NO. 1:11-cv-95 JLH/JTR

Jury Trial: ☑ Yes ☐ No
(Check One)

I.      Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Kenneth L. Walker, Jr.
ADC # 103829

Address: 300 Correction Dr.; Newport, Arkansas 72112

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.      Name of defendant: Wendy Kelley

Position: Deputy/Director for Health & Correctional Programs

Place of employment: Corizon Medical Service/Arkansas Dept. of Correction

Address: P.O. Box 8707; Pine Bluff, Arkansas 71611

Name of defendant: Billy Cowell

Position: Health Service Administrator

Place of employment: Corizon Medical Service/Arkansas Dept of Correction

**This case assigned to District Judge** Holmes
**and to Magistrate Judge** Ray

Address: _300 Correction Drive, Newport, Arkansas 72112_

Name of defendant: _Ashley Bagswell_

Position: _Director of Nursing_

Place of employment: _Corizon Medical Service / Arkansas Dep't of Correction_

Address: _300 Correction Drive, Newport, Arkansas 72112_

Name of defendant: _Jennifer Co. Horn_

Position: _LPN_

Place of employment: _Corizon Medical Service / ~~at~~ Ark. Dept. of Corr._

Address: _300 Correction Drive, Newport, Arkansas 72112_

II.     Are you suing the defendants in:

        ☐   official capacity only
        ☐   personal capacity only
        ☑   both official and personal capacity

III.    Previous lawsuits

        A   Have you begun other lawsuits in state or federal court dealing with the same    facts
            involved in this action?

            Yes ___   No ✓

        B.  If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more
            than one lawsuit, describe the additional lawsuits on another piece of  paper, using the
            same outline.)

            ☐       Parties to the previous lawsuit:

                    Plaintiffs: _____

                    _____

                    Defendants: _____

                    _____

            ☐       Court (if federal court, name the district; if state court, name the county):

Melvin E. Nance
M.D.
Corizon Medical Service/Arkansas Dept. of Correction
300 Correction Drive, Newport, Arkansas 72112


Betty Hutchinson
LMD
Corizon Medical Service/Arkansas Dept. of Correction
300 Correction Drive, Newport, Arkansas 72112


Brenda S. Bridgeman
RN
Corizon Medical Service/Arkansas Dept. of Correction
300 Correction Drive, Newport, Arkansas 72112


S. Armstrong
LPN
Corizon Medical Service/Arkansas Dept. of Correction
300 Correction Drive, Newport, Arkansas 72112


Sheilia Ann Waldrupe
LPN
Corizon Medical Service/Arkansas Dept. of Correction
300 Correction Drive, Newport, Arkansas 72112


Barbara Ann Ceilburt
LPN
Corizon Medical Service/Arkansas Dept. of Correction
300 Correction Drive, Newport, Arkansas 72112


Corizon Medical Service ("CMS"), is a private St. Louis, Missouri corporation. CMS is under contract with the defendants and Arkansas Department of Correction to provide medical care to inmates in the custody of Arkansas Department of Correction.

      ☐     Docket Number: _____

      ☐     Name of judge to whom case was assigned: _____

      ☐     Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

      ☐     Approximate date of filing lawsuit: _____

      ☐     Approximate date of disposition: _____

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

     _____ in jail and still awaiting trial on pending criminal charges

     ___✓___ serving a sentence as a result of a judgment of conviction

     _____ in jail for other reasons (e.g., alleged probation violation, etc.)
     explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

     Did you file a grievance or grievances presenting the facts set forth in this complaint?

     Yes ___✓___   No _____

     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

     Yes ___✓___   No _____

     If not, why? _____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

1. This is a civil action authorized by 42 U.S.C. §1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. §1331 and §1343(a)(3). Plaintiff Waller seeks declaratory relief pursuant to 28 U.S.C. §2201 and §2202. Plaintiff Weller's claim for injunctive relief are authorized by 28 U.S.C. §2283 & §2284 and Rule 65 of the Federal Rules of Civil Procedure. This Court has ~~pend~~ jurisdiction over plaintiff's state-law claims pursuant to 28 U.S.C. §1367, and Federal Tort Claims 28 U.S.C. §1346.

2. The Eastern District of Arkansas is an appropriate venue under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this district.

3. Plaintiff Kenneth L. Weller, Jr., is and was at all times mentioned herein a prisoner of the State of Arkansas in the custody of the Arkansas Department of Correction. He is currently confined at the Grimes Unit in Newport, Arkansas.

4. Defendant Corizon Medical Service ("CMS") is a private Missouri corporation. CMS is under contract with Arkansas Dept. of Correction to provide medical care to inmates at Arkansas Department of Correction.

5. Defendant Wendy Kelly is an employee of CMS and Deputy Director for Health & Correctional Programs at Arkansas Department of Correction in Pine Bluff, Arkansas. She is responsible for supervising all CMS staff, ensuring and maintaining the health and safety of all inmates, and responding to all inmate complaints filed through grievances and appeals.

6. Defendant Billy Cowell is an employee of CMS and Health Service Administrator at Cummins Unit. He is responsible for supervising all CMS staff at this facility, maintaining health and safety, and responding to all inmate complaints filed through the grievance.

7. Defendant Ashley Bagsvell is an employee of CMS and Director of Nursing at Cummins Unit. She is responsible for supervising all CMS nurses at this facility, maintaining health and safety, and responding to all inmate complaints filed through the grievance.

8. Defendant Jennifer Co. Norn is an employee of CMS and LPN at Cummins Unit. She is responsible for maintaining health and safety, providing medical care and treatment to inmate through sickcall, and responding to inmate complaints through the grievance.

9. Defendant Melvin E. Nance is an employee of CMS and MD at Cummins Unit. He is responsible for providing medical care and treatment to inmates through doctor and chronic care visits, prescribing medication, maintaining health and safety, and arranging visits to specialists.

10. Betty Hutchinson is an employee of CMS and UMD at Cummins Unit. She is responsible for providing medical care and treatment to inmates through doctor and chronic care visits, maintaining health and safety, prescribing medications, and arranging visits to specialists.

11. S. Armstrong is an employee of CMS and LPN at this Cummins Unit. She is responsible for maintaining health and safety, providing medical care and treatment through sickcall and arranging visits to the unit medical doctors.

12. Defendant Brenda S. Bridgeman is an employee of CMS and RN at Grimes Unit. She is responsible for maintaining inmate health and safety, providing medical care and treatment through sick-call, prescribing medications and arranging visits with the unit medical doctors.

13. At all times relevant to the events or omissions described in this Complaint, Barbara Ann Gilbert was an employee of CMS and LPN at Grimes Unit, maintaining inmate health and safety, providing medical care and treatment through sickcall and prescribed medication during sickcall visits.

14. At all times relevant to the events or omissions described in this Complaint, Sheilia Ann Waldrupe was an employee of CMS and LPN at Grimes Unit, providing medical care and treatment during sickcall visits, maintaining inmate health and safety and prescribed medication.

15. Each defendant is sued individually and in his and her official capacity. At all time relevant as mentioned in this complaint each defendant acted under the color of state law and continues to act under color of state law.

### Facts

16. Upon information and belief, on December 04, 2010, I was a walk-in at the medical department and treated by RN Bridgeman for chest and stomach pains.

17. Upon information and belief, on December 08, 2010, I was treated in sickcall by LPN Howard for stomach and back pains.

18. Upon information and belief, on December 29, 2010, I was treated in chronic care visit by UMD Hutchinson for stomach pains and acid reflux.

19. On March 25, 2011, I was seen in sickcall by RN Bridgeman for stomach pain, she ordered Tums, increased Zantac and referred to see Dr. Nance.

20. On March 30, 2011, I was seen in a chronic care visit by Dr. Nance, putting him on notice that the Tums and Zantac was not helping the pain in my stomach.

21. On April 10, 2011, I was seen again in sickcall for the re-occurring stomach pains and treated by LPN Ceilbert, putting her on notice that the Tums and Zantac was not helping the pain in my stomach. Ceilbert consulted with Nance who "tacitly authorized" Ceilbert to prescribe me Semethicone (Geas-X).

22. On April 23, 2011 I was seen in sickcall and treated again by Ceilbert for re-occurring stomach pain, putting Ceilbert on notice that the Tums, Zantac, nor Geas-X was helping the pain in my stomach.

23. On July 05, 2011, I was seen in sickcall for re-occurring stomach pain by LPN Waldrupe, putting her on notice that the Tums, Geas-X, and ~~Zantac~~ Zantac wasn't helping the pain in my stomach. Also during sickcall Waldrupe was very unprofessional in treating me, by conducting sickcall from behind my celldoor and not taking my vital signs. Upon information and ~~belis~~ belief CMS have a designated area in Housing S-Punitive Segregation for the nurses to conduct sickcall visits. Again Nance "tacitly authorized" the prescribing of Protonix by Waldrupe and after taking Protonix, I noticed my conditions started worsening, sweating, chills, blood in stool, constant vomitting, weight loss, and constant pain.

24. On July 14, 2011, Nance "tacitly authorized" Calcium Carbonate Anti-acid Toblet.

25. On August 10, 2011, I was seen and treated during a chronic-care visit by Hutchinson for re-occurring stomach pain, blood in stool, weight loss, vomitting, chills, and sweating. Also I put Hutchinson on notice that none of the medications that Nance "tacitly authorized" Bridgeman, Ceilbert, and Waldrupe to prescribe me wasn't helping the constant pain in my stomach and were all acid-reducers and not for pain. I also requested to be treated by a specialist who treat stomach pain. Hutchinson told me it cost too much, because I don't have any insurance. Hutchinson ordered a abdominal ultra sound and 30 day follow-up. the abdominal ultra sound was done and complete on September 19, 2011, but no 30 day follow-up.

26. On August 11, 2011, I notified Cpl. D.W. Thomason that I had blood in stool. Cpl. Thomason notified his supervisor, Sgt. R. Tims who notified Cpt. Noell, and Cpt. Noell, Sgt. Coarcie, and Sgt. Naracon escorted me to medical

department and I was treated by LPN Tammy Lynne Canard as a walk-in, LPN Canard checked me for hemorrhoids and there was no hemorrhoids.

27. On August 20, 2011, I was seen in sickcall for re-occurring stomach pain, constant vomitting, blood in stool, sweating, chills, weight loss, by LPN Tonica Kay Akines and no action was taken after I put LPN Akines that she medication that had been prescribed wasn't helping the pain and I requested again to see a stomach specialist.

28. Upon information and belief, I was seen in sickcall in September by RN Bridgeman for reoccurring stomach pain, vomitting, blood in stool, sweating, chills, and weight loss, and referred to see Nance after the abdominal ultrasounds.

Defendants' Deliberate Indifference

29. By summer 2011, defendants Corizon Medical Service, Kelley, Cowell, Bagswell, Horn, Nance, Hutchinson, Armstrong, Bridgeman, Waldrupe, and Coilbert had actual knowledge of the substantial risk of serious harm and irreparable damages to my health and safety. They knew about both the health conditions described above and the resulting risk to my health and safety. This risk was longstanding, pervasive, and apparent to any knowledgeable observer.

30. As a result of the substantial risk of serious harm and irreparable damages at the Corimes Unit, numerous inmates have suffered irreparable damages from the defendants. These damages were observed and reported to defendants Cowell, Bagswell, and Horn, and Kelley.

31. Upon information and belief, dozens of inmates filed administrative grievances and appeals in 2011 complaining of inadequate medical care and denial and/or delaying of medical care and treatments, and inadequate safety, at Corimes Unit. Kelley, Cowell, Bagswell, and Horn personally reviewed these grievances and appeals.

32. Upon information and belief, officials at the Corimes Unit informed members of Corizon Medical Service that plaintiff needed emergency medical attention and for the constant vomitting and blood in stool. These requests for medical attention were denied ordering officials to tell plaintiff to put in a sick-call. Corizon Medical Service acted with deliberate indifference by

engaging in a policy and custom of denying, delaying, and providing inadequate medical care and treatment and inadequate training employees at Cortmes Unit.

33. By October 2011 defendants Corizon Medical Service, Kelley Cowell, Bagswell, and Horn had failed to intervene and take reasonable measures to abate the substantial risk of serious harm and irreparable damages plaintiff faced at Cortmes Unit. As a result to their deliberate indifference, plaintiff was a victim of cruel and unusual punishment, through unnecessary and wandon infliction of pain, and have to lose a vital organ by having his gallbladder surgically removed.

## Denial of Medical Treatment

34. On August 12, 2011, I notified Armstrong and Sgt. Stroud during evening pillcall of the constant vomitting, blood in stool, constant stomach pain, sweating, chills, and weight loss. Also Sgt. Stroud and I tried to show Armstrong the vomit in the toilet who failed to look after maliciously stating; "I don't see anything," being deliberate indifference to my serious medical need ordering me to put in a sickcall.

35. On August 17, 2011, I notified Waldrupe, Sgt. Stroud, Cpl. S. Ammons, and Officer Bratton of the constant vomitting, also Sgt. Lee opened my celldoor so that Waldrupe could see the vomit in the toilet and Waldrupe showed no concern and maliciously told me I was faking, put in a sickcall, being very unprofessional and deliberate indifference to my serious medical need.

36. August 18, 2011, I notified Armstrong and Sgt. Stroud during noon pillcall of blood in stool, she was deliberate indifferent and very unprofessional as she failed to look, telling me to put in sickcall.

37. Upon information and belief, Sgt. C. Wright contacted CMS medical staff and put them on notice of blood in stool, emergency medical attention was denied and ordered to put in sickcall.   Aug 19, 2011

38. Upon information and belief, on August 24, 2011, Sgt. Wright contacted

CMS medical staff and put them on notice of blood in stool and constant vomitting. I was denied medical attention and ordered to put in sickcall.

39. On October 13, 2011, I notified Sgt. Stroud and informed him of blood in stool. Sgt. Stroud contacted CMS medical staff and personally spoke with Armstrong over telephone of my need for medical attention and Armstrong ordered Sgt. Stroud to tell me to put in sickcall.

40. On October 22, 2011, I informed Armstrong and Sgt. Stroud during noon pillcall of blood in stool and constant vomitting. Armstrong denied me medical attention and ordered me to put in sickcall.


Delayed Medical Treatment

41. On August 10, 2011, during Chronic Care visit with Hutchinson, I requested to see a stomach specialist. Hutchinson ordered abdominal ultrasound and 30 day follow-up after abdominal ultrasound.

42. On September 19, 2011, I was transported to Harris Hospital in Newport, Arkansas for an abdominal ultrasound. Mufiz A Chauhan, MD at Harris Hospital and made findindings dictated to be small floating objects in my gallbladder which are possible gallstones. Dr. Chauhan addressed these results from the abdominal ultrasound to Nance who failed to respond reasonably and notify and discuss my health conditions with me after receiving the test results.

43. On September 27, 2011, I personally reviewed my medical file and I learned through my own discovery that the results from the abdominal ultrasound had been addressed to Nance by Dr. Chauhan at Harris Hospital and learned that I had possible gallstones. The defendants, CMS, Cowell, Horn, Bagwell, Nance, and Hutchinson have been deliberate indifference due to their ignorant malpractices, grossly negligent, and very unprofessional when it came to my serious medical need.

44. On October 04, 2011 I was transported back to Harris Hospital and seen by Donald W. Pate, MD who ordered a colonoscopy and when I consulted him about the Naproxen and Ibuprofen, Dr. Pate informed

me that the Naproxen and Ibuprofen was anti-inflamatories
for arthritis and could be making my conditions worse.

45. On October 07,2011. I was transported back to Harris Hospital and
Dr. Patre conducted a colonoscopy and found lots of stomach ulcers
and ordered for my gallbladder to be removed, and ordered a follow-
up by Nance.

46. On October 15,2011. I was contacted by LPN King in regards to a
sickcall pertaining to blood in stool. LPN King told me there was
nothing she could do to treatment because I'm waiting
to see a stomach specialist. LPN King asked me to sign a waiver.

47. On October 24,2011. I was seen by a Nurse Practitioner Eric Simmons
who discussed my health conditions with me and informed me
that Dr. Patre ordered for my gallbladder to be removed and
prescribed me a medication to coat the ulcers.

48. Upon information and belief, my conditions began to worsen once
Nance "tacitly authorized" Weldrupe to prescribe me Protonix. I began
to constant vomit, blood in stool, sweating, constant pain, weight loss,
and having chills. Also whenever I belch or vomit it smells like
feces. Therefore by October 2011 ~~the~~ defendants CMS, Kelley, Cowell,
Bagwell, Horn, Nance, and Hutchinson had actual knowledge of the
substantial risk of serious harm and irreparable damages to my
health and safety after personally reviewing all administrative
grievances and appeals, sick calls, and personally reviewing my medical
file.

<u>Inadequate Medical Care</u>

49. I have continued to suffer from excruciating stomach pain, constant
blood in my stool, constant vomiting, chills, sweating, and weight loss.
I continued to report these conditions through the sickcall
and chronic care visits, and when these resources became futile I
began reporting these conditions through multiple grievances and
appeals filed also requesting in the grievances and appeals to see
a stomach specialist and my grievances and appeals were denied.
It was obvious that I urgently needed emergency medical
treatment as my conditions worsen when immediate medical
treatment were not provided.

50. Never theless no followups have been ~~contacted~~ conducted as ordered by Hutchinson and Dr. Rate after the abdominal ultrasound and colonoscopy. CMS, Cowell, Bagswell, Horn, Nance, or Hutchinson have not responded reasonably by scheduling an ~~appointment~~ follow-up, nor would Armstrong or LPN King arrange for me to be seen by Nance or Hutchinson after my constant complaints, but instead would order for me to put in sickcall request which the sickcall procedure is futile or during sickcall the nurses will tell me there's nothing they can do because I am scheduled to see a specialist. Also the defendants never took reasonable measures to give me anything for the constant pain, vomiting, or blood in stool and were grossly negligent and deliberate indifference to responding to my serious medical need.

51. Upon information and belief, defendants CMS, Cowell, Bagswell, Horn, Nance, and Hutchinson are delaying medical transport to a specialist because of a policy Corizon Medical Service which requires their employees to obtain authorization from their doctor at the corporation headquarters in Missouri before arranging medical transport to a specialist. Upon information and belief, it have taken the defendants Cowell, Bagswell, Horn, Nance, and Hutchinson more than 6 months to obtain authorization for transport to a specialist after I repeatly complained of the need to see a specialist for the constant pain through sickcall and chronic care visits, but to no avail I would receive the same results through their ~~malpractice~~ ignorant malpractice, grossly negligent, and deliberate indifference after continuing me on medication that I told them wasn't helping, but making my conditions worse to the point that I now have to lose a vital organ.

58. As a result of the defendant Corizon Medical Service, ~~CMS~~ Kelley, Cowell, Bagswell, Horn, Nance, Hutchinson, Armstrong, Bridgeman, Weldrupe, and Cailbert's deliberate ~~~~ indifference, grossly negligent, and ignorant malpractice to my serious medical need. I have suffered from prolonged and extreme pain and unnecessary complications in the treatment to my injuries before I was finally transported to Harris Hospital.

59. As a result of the event and omissions described herein, I have been diagnosed by with lots of stomach ulcers by Dr. Pate and gallstones by Dr. Chauhan both at Harris Hospital, and my medical needs are so serious that they've been diagnosed by a physician as mandating treatment that easily recognized the necessity for a specialist attention. Also I continues to be in misery while suffering frequent and excruciating pain in my stomach, constant vomiting, blood in stool, tremendous weight loss, chills, and sweating. The defendants have deliberate ignored my serious medical need and the need for a emergency medical treatment from a specialist.

## Ongoing Substantial Risk of Serious Harm

60. Despite the events and omissions described herein, my health conditions have not improved and the defendants Corizon Medical Service, Kelley Cowell, Bagswell, Horn, Nance and Hutchinson have not improved procedures and I still have not seen a specialist and they have not improved procedures for providing adequate medical care and treatment to inmates with serious medical needs. In fact there have not been a follow-up by Nance nor Hutchinson, nothing was given for the pain and they continued me on medications that I told them wasn't helping and were making my conditions worse. The defendants Corizon Medical Service, Kelley Cowell, Bagswell, and Horn, Nance, and Hutchinson have failed to get me to a specialist as ordered and then have failed to improve the training of Corizon Medical Service nurses. They have failed to improve their sickcall policies and procedures for inmates with emergencies and serious medical needs. As a result of their medical malpractice and failures, I have to lose a vital organ and I continues to be in misery and suffers from the unnecessary and wanton infliction of pain. also I've even been denied emergency medical treatment for blood in stool, constant vomiting because I can't hold any solid foods on my stomach and have even started vomiting in my sleep.

## Exhaustion

61. Plaintiff Walker used the prisoner grievance procedure available at Corimes Unit to tru and solve the problem. On March 30, 2011, plaintiff Walker presented the facts relating to this complaint in the attached grievance and several other grievances that's on appeal with defendant Kelley. On June 29, 2011 plaintiff Walker was sent a response from defendant Kelley saying that the grievance had been denied.

## Legal Claims

62. Plaintiff reallege and incorporate by reference paragraphs 1-62.

## Count I

63. The deliberate indifference, grossly negligent and ignorant malpractice of defendants Corizon Medical Service, Armstrong to a substantial risk of serious harm and denying me medical attention at Corimes Unit has deprived and continues to deprive plaintiff of his rights under the Cruel and Unusual Punishment Clause of the Eighth Amendment to the United States Constitution.

## Count II

64. The deliberate indifference, grossly negligent and ignorant malpractice of Corizon Medical Service, Waldrupe to a substantial risk of serious harm and denying me of medical attention at Corimes Unit has deprived and continues to deprive plaintiff of his rights under the Cruel and Unusual Punishment Clause of the Eighth Amendment to the United States Constitution.

## Count III

65. The deliberate indifference of ~~Corizon Medical~~ defendants Corizon Medical Service, Kelley Correll, Bagswell, and Harris failure to intervene in the ongoing substantial risk of serious harm from March 2011 to October 2011, amounted to deliberate indifference and delaying plaintiff medical transport to a specialist in violation of plaintiff rights under the Cruel and Unusual Punishment Clause of the Eighth Amendment to the United States Constitution.

## Count IV

66. The deliberate indifference of defendants Corizon Medical Service, Kelley, Cowell, Bagswell, Horn, Nance, Hutchinson, Armstrong, Bridgeman, Gilbert, and Waldrupe to plaintiff serious medical needs deprived him of his rights under the ~~~~ Cruel and Unusual Punishment Clause of the Eighth Amendment of the United States Constitution.

## Count V

67. The grossly neglent and ignorant malpractice of defendants, Corizon Medical Service, Nance and Hutchinson to plaintiff serious medical needs and delaying medical attention deprived him of his rights and continue to deprive plaintiff of his rights under the Cruel and Unusual Punishment Clause of the Eighth Amendment to the United States Constitution.

## Prayer For Relief

Wherefore, plaintiff respectfully prays that this Court:

68. Declare that the acts and omissions described herein violated plaintiff's under the United States Constitution and laws of the United States.

69. Enter preliminary and injunctive relief ordering defendants Corizon Medical Service, Kelley, Cowell, Bagswell and Horn medically transport plaintiff to a specialist.

70. Enter judgment in favor of plaintiff for compensatory damages in the amount of $75,000.⁰⁰/₁₀₀ against each defendant, jointly and ~~sandu~~ severally, as allowed by law.

71. Enter judgment in favor of plaintiff for punitive damages in the amount of $1,000,000.⁰⁰/₁₀₀ against Corizon Medical Services, as allowed by law.

72. Plaintiff also seek a jury trial on all issues triable by jury.

73. Plaintiff also seek recovery of their costs in this suit, and

74. Any additional relief this Court deems just, proper, and equitable.


Dated: November 01, 2011

Respectfully Submitted,

Kenneth L. Walker, Jr., ADC#103829
        Grimes Unit
300 Correction Drive
Newport, Arkansas 72112-8042


## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except as to the matters alleged on information and belief, and as to those, I believe them to to be true. I certify under penalty of perjury that the foregoing is true and correct pursuant to $18 U.S.C §1621.

Executed this 01 day of November, 2011.

Kenneth L. Walker, Jr.

# A F F I D A V I T

STATE OF ARKANSAS            )
                             )
COUNTY OF  Jackson           )


I,  Kenneth L. Waller, Jr., ADC# 108829                    , after first being duly
sworn, do hereby swear, depose and state that: I am submitting this Affidavit to Amend
my Complaint and states the following: The sickcall procedure is inadequate and the
grievance procedure is inadequate. It's futile to file a grievance because it takes so long
to receive a adequate response and when I receive a response. Health Service Administrator
Billy Cowell makes a systematic procedure by responding with no merit and continue to
utilize the sickcall procedure and Deputy/Director Wendy Kelley makes a systematic
procedure of concurring with Billy Cowell's decision. because they fails to carry out their
the imposed legal duties to investigate issues raised in the grievances. properly train, correct,
and supervise their people.

Every person who, under code of any statute, ordinance, regulation, custom, or usage, of
any state of territory, subjects, or caused to be subjected, any citizen of the United
States or other person in the jurisdiction thereof to the deprivation of any
rights, privileges, or immunity secured by the constitution and laws, shall be liable to the
party injured in any act or aids at law suit, and equity or other proper proceedings for redress,
Revised statute Section 1979. 42 U.S.C. Section 1983. Even though the grievance procedure is
futile. I have to file it through the court rules.

In general, the Cruel and Unusual Punishment Clause of the Constitution. guarantees
human conditions and requires the government to provide medical care to those whom
it's punishing by law as a result of incarceration. U.S.C.A. Eighth Amendment,
United States Constitution Amendment.


I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

```
CHAD DAVIS
NOTARY PUBLIC-STATE OF ARKANSAS
LAWRENCE COUNTY
My Commission Expires Aug. 20, 2012
```

NAME:  Kenneth L. Waller, Jr.

DATE:  Sept. 6, 2011

_K. Th. L. W. Jr._
SIGNATURE

Subscribed and sworn to before me this ____6____ day of
____Sept____ , 20 _11_

_____
NOTARY PUBLIC

My Commission Expires:  Aug 20, 2012

# A F F I D A V I T

STATE OF ARKANSAS          )
                           )
COUNTY OF _____Jackson_____ )


I, _Kenneth Webber, Jr. ADC# 103829_____ , after first being duly
sworn, do hereby swear, depose and state that: Every person who, under code of any
statute, ordinance, regulation, custom, or usage, of any State, or Territory,
or the District of Columbia, subjects, or caused to be subjected, any citizen
of the United States or other person in the jurisdiction thereof to the
deprivation of any rights, privileges, or immunity secured by the
constitution and laws, shall be liable to the party injured in any
act or acts at law, suit, and equity or proper proceedings for redress.
(1) Everyone has the right to a standard of living adequate for health
and wellbeing of himself and of his family, including food, clothing, housing,
and medical care and necessary social services, and the right to security in
the event of unemployment, sickness, disability, widowhood, old age or
other lack of livelihood in circumstances beyond his control.
Revised Statute Section 1979, 42 U.S.C. 1983. Article 25 and Article 5.
No one shall be subjected to torture or to cruel, inhuman or degrading
treatment or punishment.


   I further swear that the description of the incident contained herein, is a true, accurate and
impartial description to the best of my knowledge, information and belief.

NAME: _Kenneth Webber Jr._

DATE: _10-21-11_

_K___ th Webber_
SIGNATURE


Subscribed and sworn to before me this _21_____ day of
_____Oct_____ , 20 _11_

_Stoni Garner_
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

Kenneth L. Weller, Jr.

V.

Corizon Medical Services,
Wendy Kelley, Billy Cowell, Ashley Bagswell,
Jennifer Co. Horn, S. Armstrong, Brenda S. Bridgeman,
Melvin E. Nance, Betty Hutchinson, Barbara A. Cilbert,
and Sheilia A. Weldrupe

## Plaintiff's First Request For Production Of Documents

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff request that the Defendants, Corizon Medical Service, Wendy Kelley, Billy Cowell, Ashley Bagswell, S. Armstrong, Brenda S. Bridgeman, Melvin E. Nance, Betty Hutchinson, ~~Barbara~~ Barbara A. Cilbert and Sheilia A. Weldrupe, produce for inspection and copying the following documents:

1. The complete prison record of Plaintiff.

2. All written statements, originals or copies identified as reports about the incident made by to all CMS employees and/or witnesses.

3. Any and all medical records of Plaintiff from the time of his incarceration in Arkansas Department of Correction through and including the date of your response to this request.

4. Any and all rules, regulations, and policies of the Arkansas Department of Correction about treatment of prisoners with ulcers, gallstones, constant vomiting, excruciating stomach pain, sweating, chills, and tremendous weight loss caused by health conditions.

November 01, 2011

Kenneth L. Weller, Jr.

Received/Grievance

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center  Grimes Unit

| FOR OFFICE USE ONLY |
| --- |
| GRV. # 6R-11-00504 |
| Date Received: 4-11-1 |
| GRV. Code #: 600 |

APR 11 2011

Name  Kenneth L. Walker

Grimes Unit

ADC# 108829      Brks # I-101      Job Assignment AJ Seg Temp

03-30-2011 (Date) STEP ONE: Informal Resolution

04-09-2011 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: I disagree because I wasn't properly treated for my stomach pains and are still in pain

03-30-2011 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: The Chronic Care Doctor failed to properly treat me for the pain in my stomach and Im still in excruciating pain. *Is this Grievance concerning Medical or Mental Health Services?* Yes  If yes, circle one: (medical) or mental **BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I am submitting this complaint against Grimes Unit Medical Department in reference to the matter stated therein. On 03-30-2011 I was seen by the Chronic Care Doctor due to I had been refered been by Nurse Richmond pertaining to my GERD (acid reflux) stress related headaches, and pain Ive been having in my right side of my stomach. Also the Chronic Care Doctor failed to examine me for the above mentioned medical conditions and became deliberate indifferent when I brought it to his attention about the pain in my stomach by telling me he have to wait 6 weeks before he can do anything because the dosage of zantac have been up to 300 mg. Therefore the zantac is for acid reflux and not the pain Im having in my stomach or stress related headaches. Since the doctor failed to properly treat me for the medical condition and pain in my stomach which can lead to significant injury and the unnecessary and wanton infliction of pain within 6 weeks Whenever Im seen for chronic care again as well as acted in deliberate indifference by failing to treat me and I don't want another doctor and have X rays done on my stomach. I am in excruciating pain and can't sleep or eat because of pain.   Kenneth L. Wer                                    March 30, 2011

Inmate Signature          MAY 19 2011          Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3/31/11 (date), and determined to be **Step One** and/or an Emergency Grievance yes (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: Marie Pettis  Date 3/31/11

Sgt James          29273          Sgt JAK          3/31/11
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: It is the Dr's decision what meds & procedures are clinically necessary.

X [signature]      4-1-11          Kenneth L. We      04-4-2011
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____  Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: <u>Waller, Kenneth L.</u>          ADC #: <u>103829D</u>          GRIEVANCE #: <u>GR-11-00619</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

612) You state that the provider failed to treat your issue at your chronic care appointment.

Review of your record shows that 3/25/11 was the first sick call you were seen for related to stomach cramps or headaches. At that time you were referred to chronic care due to your additional complaint of "problems with my acid reflux." Your reflux medication was increased. You were seen by the UMD on 3/30/11 for chronic care. Your complaints of stomach cramps was noted and it was also noted that you had been on the higher dose of medication for less than a week. At that time you did not voice any complaints about headaches. Since that time you have been seen in sick call again on 4/10 and 4/23 for your stomach complaints, no further complaints of headache. On 4/27/11 you were seen by the APN with no abnormal findings. Labs and x-rays were ordered. For these reasons I find this grievance to be without merit. If you have further issues utilize the sick call process.

| | | |
|---|---|---|
| _Billy Gross_ | _Health Services Administrator_ | _5-9-2011_ |
| Signature of Health Services Administrator/Mental Health Supervisor or Designee | Title | Date |

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAY 19 2011

HEALTH CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I disagree due to my constitutional Infirmary Rights (10.3) to Medical Aide has been deliberately violated. as well as due (KSC #42) The Federal Institutionalized Person's Health Safe Care Act.* under the 5th, 8th, and 14th Amendment Rights, to due process rights has been croached in terms of the inmates right to be free from the abuse of discretion of the prison administrators of an inmates life and health and infliction of cruel and unusual punishment guaranteed by the 8th Amendment cruel and unusual Punishment Clause!. A violation of the 8th Amendment is found when there is intentional denial of needed medical care, or the Unit Aides conduct indicates deliberate indifference to medical needs of inmates. Therefore the UMD was deliberate indifference to my serious medical need and left me to suffer with the unnecessary and wanton infliction of pain which can lead to significant injury to my stomach due to inadequate medical care. Also the only reason why I

received X-Rays is because I had to ~~answer~~ grieve this matter, because if not I would've kept receiving the response that I've received, if I have further issues utilize the sickcall process. Wherefore the nurses, LNAD's and APN's are improperly treating and providing inmates with inadequate medical care so they can continue rob inmates for $3.00, due to it's a money thing, as well as a scheme for CMS, so to keep inmates coming back they're deliberate indifference to of constitutional rights and serious medical needs.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

MAY 1 9 2011

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD

Attachment VI

INMATE NAME: Waller, Kenneth L.        ADC#: 103829        GRIEVANCE#:GR-11-00504

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You submitted a grievance on March 30, 2011, alleging that you complained of headaches and abdominal discomfort at your chronic care clinic visit but the doctor refused to provide any further treatment for your stomach pain until after you had been on your increased dosage of Zantac 300mg for six weeks. You request a referral to another doctor and x-rays.

The Infirmary responded that you complained of both stomach cramps and headaches when you saw the nurse on March 25, but you failed to mention your headaches to the doctor at your March 30 chronic care clinic visit, or during nurse sick call on April 10 and 23. The provider noted that you had been taking your increased dosage of Zantac (300mg twice daily) for less than one week and the APN did not note any abnormal findings when you were seen again on April 27th; labs and x-rays were ordered. They found your grievance without merit and instructed you to continue to use the sick call process. You disagree in your appeal, claiming indifference and that your Rights had been violated.

Records reflect that the nurse consulted with Dr. Nance on March 25, he gave verbal orders for Ibuprofen 600mg three times daily, Tums three times daily as needed and Zantac 300mg twice daily all for ninety days and a onetime dose of GI cocktail 30cc. Dr. Nance saw you at GERD and Hypertension Chronic Care Clinic on March 30, noting your complaints of abdominal discomfort for which you had just been ordered additional medications five days prior. You continue to complain at your April 10 (Simethicone 80mg three times daily as needed for ninety days ordered) and 23 nurse sick call visits. You were seen as a follow-up by Betty Hutchinson, APN, on April 27, labs (you refused) and abdominal x-rays (normal) were ordered. You did not mention your headaches or abdominal pain at your last sick call visit, May 18th.

You were treated as outlined in protocol for your complaints; therefore, your appeal is denied.

Wendy Kelley
_____          6/29/11
Signature                                        Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)** Received/Grievance

Unit/Center _____Grimes_____

FOR OFFICE USE ONLY

GRV. GR-11-00990

Date Received: 7-21-11

GRV. Code #: 600

JUL 2 1 2011

Name __Kenneth L. Waller__                      ~~Grimes Unit~~

ADC# 103829 _____ Brks # Seg 122  Job Assignment Ad Seg

_____ (Date) STEP ONE: Informal Resolution

07-21-2011 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
    If the issue was not resolved during Step One, state why: I request to receive adequate treatment and be referred to a properly trained stomach specialist.

07-16-2011 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: As a result of the severe stomach pain, I'm vomiting, sweating, have chills, and losing weight. The suffering is making me

Is this Grievance concerning **Medical** or Mental Health Services? YES If yes, circle one: medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm suffering from severe stomach pain, and as a result for 3 days I've been vomiting, sweating, have chills, and are losing weight, therefore the severe stomach pain and these symptons are making me miserable and I need to see a properly trained stomach specialist for my serious medical need that have brought me the the infliction of wanton and unnecessary pain. On July 06, 2011, I seen the CMD Beddy Hutchinson for a follow-up chronic care visit and I put her on notice again of my severe stomach pain and again Ms. Hutchinson prescribed a different medication which is not helping my stomach, again ordered X-Rays and Lab Tests. The theory is obvious that the first X-Rays were normal, therefore I need to see a properly trained stomach specialist for my severe stomach pain and acid reflux because the cheap medication is only making my conditions worse. Wherefore the theory is obvious that Ms. Hutchison is not a properly trained stomach specialist. Also I refuse to continue to utilized the sickcall process when I'm only receiving the same inadequate treatment. I put Ms. Armstrong on notice of the symptoms I'm having and she failed to properly act by telling me put in sickcall.

K____ L. Wer                                          July 16, 2011
**Inmate Signature**                                    **Date**

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 7/16/2011 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? Med (Yes or No). If yes, name of the person in that department receiving this form: _____   Date 7/16/11

RECEIVED ARKANSAS DEPARTMENT OF CORRECTION

Jerry Craslin                  59762            James Gordon           7-16-2011
**PRINT STAFF NAME (PROBLEM SOLVER)**  **ID Number**  **Staff Signature**  SEP 0 8 2011  **Date Received**

Describe action taken to resolve complaint, including dates: Just Notified of inmate being seen @ 1730. On 7/16/11 Not An Emergency. It is the providers decision whether or not a consult is medically necessary.

James Gordon       7-20-11                K____ L. W     July 20, 2011
**Staff Signature & Date Returned**              **Inmate Signature & Date Received**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: Waller, Kenneth L.          ADC #: 103829D          GRIEVANCE #: GR-11-00990

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(655) You state that you want to be referred to a stomach specialist.

Review of your record shows that your complaints are being addressed and treated by the UMD and APN. It is the medical provider's decision whether or not a consult is medically necessary. No consults have been written at this time. For these reasons I find this grievance to be without merit. If you have further issues utilize the sick call process.

_Billy Cowell_                            _Health Serv Administrator_                    _8-18-2011_
Signature of Health Services                     Title                                           Date
Administrator/Mental Health Supervisor              RECEIVED-DEPUTY DIRECTOR
or Designee                                         ARKANSAS DEPARTMENT
                                                    OF CORRECTION

                                                    SEP 08 2011

                                                    HEALTH & CORRECTIONAL PROGRAMS

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I've never been given anything for the pain in my stomach, vomiting, sweating, chills, and weight loss, and Billy Cowell's custom of and UMD Hutchinson's custom of providing me with inadequate medical treatment and prescribing me Protonic, continuing me on Tums and GasX which isn't for pain are causing me to suffer and the wanton and infliction of unnecessary pain, due to there being deliberate indifference to my health and safety and serious medical need. Therefore the sickcall process is inadequate, the grievance procedure is inadequate, and it's futile to put in a sickcall or sick or grievance because it takes so long to receive a adequate response and when I receive a response, Billy Cowell makes a systematic procedure of responding with no merit and utilize the sick call process making it an inadequate policy because he does not properly train, correct and supervise his people.

_K. Th. L.Waller_                            103829                                      Aug. 23, 2011
Inmate Signature                                  ADC#                                        Date

IGTT430                                                                      Attachment VI
3GD

INMATE NAME: <u>Waller, Kenneth L.</u>     ADC#: <u>103829</u>   GRIEVANCE#:GR-11-01004

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You have exhausted five medical grievances you submitted in July, and two were submitted
July 16, 2011. In this one you complain about receiving inadequate medical treatment and state
you are not going to use the sick call process, and want to see a stomach specialist. You claim
the grievance process failed to remedy the wrong.

The medical department responded that your record that shows your complaints are being
addressed and treated by the unit medical director and the Nurse Practitioner.

Your appeal stating that you have never been given anything for the stomach pain, and the sick
call process is futile.

You have not cooperated with medical staff. You stopped taking prescribed medication and
refused lab. While at the present time, your condition has been diagnosed and you have been
prescribed the appropriate medication, it is the same medication you were prescribed earlier and
you elected not to take. The provider is authorized to order and/or discontinue medications as
deemed appropriate and clinically indicated based on his/her medical judgment. Your medical
needs are being addressed and you are being treated for them properly.

This is appeal is without merit.


_____          _____
                Signature                             10/21/11
                                                       Date

IGTT430                                                                        Attachment VI
3GD

INMATE NAME: <u>Waller, Kenneth L.</u>      ADC#: <u>103829</u>    GRIEVANCE#:GR-11-00990

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You appealed five medical grievances you submitted in July, including two submitted July 16,
2011. You claim you have been vomiting, sweating, losing weight, and having chills and you
are miserable. You claim the medication prescribed is making your stomach problems worse,
and you refuse to use the sick call process because you claim you are receiving inadequate
treatment.

The medical departments responded that your record showed your complaints are being
addressed and you are being treated.

You appeal that you have never been given anything for pain, and you are receiving inadequate
medical treatment, and being prescribed Protonix. You claim they are being deliberately
indifferent to your health and safety for a serious medical need. You claim the sick call process
is inadequate as well as the grievance procedure because it takes so long to obtain a response.
You claim medical personnel are not properly trained, or correctly supervised.

You have been treated for your stomach issues and are receiving appropriate medical care. I
discussed your record with Dr. Anderson. He advised that the medication was not what was
causing you to have stomach pain and it was the peptic ulcer disease that caused bleeding, not
the Protonix.

This appeal is without merit.


_____          _____
            Signature                                    Date
         Wendy Kelley                           10/21/11

Received/Grievance

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

| | FOR OFFICE USE ONLY |
|---|---|
| Unit/Center  Grimes Unit          JUL 25 2011 | GRV. # GR-11-01004 |
| Name  Kenneth L. Waller          Grimes Unit | Date Received: _____ |
| ADC# 103829   Brks # Seg 122  Job Assignment  K2 Seg | GRV. Code #: _____ |

_____ (Date) STEP ONE: Informal Resolution

~~S~~ 7-23-2011 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I request to receive adequate treatment and be refered to a properly trained stomach specialist.

07-16-2011(Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: I'm suffering and I demand to see a properly trained specialist (a trained specialist in that field).

*Is this Grievance concerning Medical or Mental Health Services?* YES *If yes, circle one:* medical *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm being provided inadequate medical treatment by the medical aides from CMS and Grimes Unit Medical Dept. As of July 05, 2011 I've been seen 24 times for sickcall for acid reflux and stomach pains, therefore the theory is obvious that I'm being provided inadequate medical care from officials who are not properly trained in the field of a stomach specialist. Where for I'm not going to continue to utilize the sickcall process knowing that I'm being extorted after being provided inadequate medical care by some one who's not properly trained in the medical field of a stomach specialist, or someone who is only trained to prescribe me cheap medication that's not helping my conditions but are only making them worse. I'm suffering and I demand to see a specialist because there's other remedies to be taken by a reasonable trained specialist in the medical field of stomachs. Where prison officials acts, responds to some form of prisoner complaints or grievances or appeals and fails to remedy the wrong, personal involvement will be found under the 2nd Colon Phone 42 U.S.C § 1983 Colon v. Coughlin, 58 F. 3d at 873. Also the Courts have held that jails and prisons should not charge inmates fees for treatment for Chronic conditions.

Kenneth L. Wee          July 11, 2011
Inmate Signature

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 7-16-2011 (date), and determined to be **Step One** and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? med. (Yes or No). If yes, name of the person in that department receiving this form. ___signature___  Date 7/16/11

Sgt Larry Silas          8805          ___signature___          7-16-11
**PRINT STAFF NAME (PROBLEM SOLVER)**   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: It is the providers decision whether or not a consult is medically necessary

___signature___ 7-20-11          Kenneth L. Wee  July 20, 2011
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on 7/22/11 (date), pursuant to **Step Two**. Is it an Emergency? NO (Yes or No).
Staff Who Received Step Two Grievance: Col M. Hull          Date: 7/22/11
Action Taken: Forwarded (Forwarded to Grievance Officer/Warden/Other) Date: 7/22/11
If forwarded, provide name of person receiving this form: _____  Date: _____

--------------------------------------------------------------------------
**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: <u>Waller, Kenneth L.</u>          ADC #: <u>103829D</u>          GRIEVANCE #: <u>GR-11-01004</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>This issue has already been addressed in grievance GR-11-00990 as follows: (655) You state that you want to be referred to a stomach specialist.</u>

<u>Review of your record shows that your complaints are being addressed and treated by the UMD and APN. It is the medical provider's decision whether or not a consult is medically necessary. No consults have been written at this time. For these reasons I find this grievance to be without merit. If you have further issues utilize the sick call process.</u>

_____
Signature of Health Services
Administrator/Mental Health Supervisor
or Designee

_____
Title

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 0 8 2011

HEALTH & CORRECTIONAL PROGRAMS

_____
Date

9-7-8-2011

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I've never been given anything for the pain in my stomach and Billy Cowell's custom of responding with no merit to my grievance ~~and stated~~ and utilize the sickcall process which is futile, have caused me the wanton and infliction of unnecessary pain are causing me to suffer, because he's apart of the problem looking the other way by turning a blind eye, also he's being deliberate indifference to my serious medical need, because of providing me with inadequate medical treatment. Therefore the sickcall process is inadequate and the grievance procedure is inadequate, and it's futile to put in a sickcall or file a ~~case~~ grievance because it takes so long to receive an adequate response and when I receive a response, Billy Cowell makes a systematic procedure by responding with no merit and utilize the sickcall process making it an inadequate policy because he does not properly train, correct, and supervise his people.

_____
Inmate Signature

_____
103829
ADC#

_____
Aug. 23, 2011
Date

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center _____Grimes_____        Received/Grievance

Name ___Kenneth L. Weller___                    JUL 18 2011

ADC# _103829_    Brks # _Seg 122_  Job Assignment_Grimes Unit_

| FOR OFFICE USE ONLY |
|---|
| GRV. # GR-11-00968 |
| Date Received: 7-18-11 |
| GRV. Code #: 600 |

__07-08-2011__ (Date) STEP ONE: Informal Resolution

__07-15-2011__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _The theory is obvious that I've loss weight due to this serious medical need._

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* YES  *If yes, circle one:* medical *or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On July 06.2011 I was seen by the LMD, Dr. B. Hutchison for Chronic Care Treatment, at which time I was weighed and my vital state was taken, also I found out that since I've been having these stomach problems, I've learned that my weight have declined, because my appetite and eating habits have changed, due to some days I be in too much pain to eat. Therefore the theory is obvious as of July 06, 2011 I've went from a tremendous weight loss of 150lbs. to 133 lbs since I've came to prison in October 2010. Wherefore I am requesting to be placed on a High Protein Diet and some vitamins to get my appetite and weight back._

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 06 2011

____Kenneth L. Weller____         HEALTH & CORRECTIONAL PROGRAMS        ___July 09, 2011___
Inmate Signature                                      Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _7-9-11_ (date), and determined to be **Step One** and/or an Emergency Grievance _A/s_ (Yes or No). This form was forwarded to medical or mental health? _Yes_ (Yes or No). If yes, name of the person in that department receiving this form: ___ND___       Date _7-11-11_

__Seth Rogon, LVMS  52098__  ___Roger Texas___   _7-9-11_
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature     Date Received

Describe action taken to resolve complaint, including dates: _Wt on 10-11-10 was 140lbs. Wt. on 7-6-11 was 133. There is no significant wt. loss and BMI is within normal range. no medical necessity for requested treatments_

_____ 7-13-11                    ____Kenneth L. Weller____ July 13, 2011
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _7-16-11_ (date), pursuant to **Step Two**. Is it an Emergency? _NO_ (Yes or No).
Staff Who Received Step Two Grievance: _Sgt Larry Sibs_    Date: _29 July_
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: <u>Waller, Kenneth L.</u>       ADC #: <u>103829D</u>       GRIEVANCE #: <u>GR-11-00968</u>

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(607) You state that you need a high protein diet and vitamins due to weight loss.</u>

<u>Review of your record shows an 11 pound weight loss over a 10 month period. That is not considered a significant weight loss. Your BMI is within normal range. You have been seen twice by the APN and these things have not been ordered. Therefore this grievance is found to be without merit. If you have further issues utilize the sick call process.</u>

_Ashley Bagwell_                    _Rn/Don_                    _8-15-11_
Signature of Health Services                Title                        Date
Administrator/Mental Health Supervisor
or Designee

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 0 6 2011

HEALTH & CORRECTIONAL PROGRAMS

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I didit start loosing weight until I started experiencing these health conditions with my serious medical need of severe stomach pains. Also Ashley Bagwell makes a policy procedure, custom, and usage, and systematic process responding to grievance or an appeal with no merit and utilize the sick call process after providing inadequate medical treatment, making it inadequate policies, procedures, customs and usages of Arkansas Department of Correction and U.S.C.A. Constitutional Amendment 1 and 8 and 8th Amendment violation. Where a supervisor official receives and acts on a prisoners grievance or substantial reviews and responds to some form of inmate complaint, personal involvement will be found under the 2nd Colon/Prong; the defendants after being informed of the violations through a report or appeal fails to remedy the wrong, Colon v. Coughlin 58 F.3d at 873. See, e.g. Ramos v. Artuz, 2001 W.L. 840131 at 8-10 (CSDNY July 25, 2001). Grievances sent to supervisor intendants may show personal involvement. James v. Artuz, 93 CIV. 2056, 1994 W.L. 174005 at 7 (CSDNY May 04, 1994).

_K. Waller_                    103829                    08-20-2011
Inmate Signature                ADC#                      Date

IGTT430                                                                          Attachment VI
3GD

INMATE NAME: Waller, Kenneth L.      ADC#: 103829    GRIEVANCE#:GR-11-00968

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieve on July 9, 2011, that you were seen by the UMD, Dr. Hutchison in chronic care, and
since then you have been having stomach problems. You state your weight has decreased and
your appetite has changed. You are requesting to be placed on a high protein diet and vitamins.

The medical department's responded that your record showed an eleven pound weight loss over
a ten month period which is not considered a significant weight loss and your BMI is within
normal range. They also state you have been seen by the APN two times, and test have not been
ordered. They found the grievance without merit, and suggest you use the sick call process if
you have further issues.

You disagree in your appeal and claim you did not start losing weight until the stomach pains
started. You claim you are receiving inadequate medical treatment.

Your vital record history reflects you were at 140 pounds in October 2010, and you are at 129.
July 5, 2001, you requested to be seen for the stomach pain and orders were issued to start
Protonix and continue Zantac. On August 10, 2011, you were seen in follow-up care and
claimed you had right upper abdomen pain; you had been vomiting and described the pain as
sharp to achy. You were seen on several other occasions, and notes from August 20, 2011, state
you took yourself off of Protonix. (Note Protonix does not cause bleeding, although peptic ulcer
disease causes bleeding.) On October 10, 2011, you had an EGD and a gallbladder ultrasound.
The findings of the ultrasound suggested you had some hard densities inside the gallbladder.
The EGD showed you had peptic ulcer disease (PUD). You have received, and are still
receiving appropriate medical care to address your issues. This appeal is without merit.


_____Wendy Kelley_____          ___10/21/11___
            Signature                              Date


IGTT430                         Page 1 of 1

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __Grimes__

**Grimes Unit**

Name __Kenneth Whitaker__

ADC# __108829__ Brks # __Seg 122__ Job Assignment __AJ Seg__

FOR OFFICE USE ONLY
GRV. # GR-11-01054
Date Received: 8-3-11
GRV. Code #: 600

_____ (Date) STEP ONE: Informal Resolution

**08-02-2011** (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I am suffering and I request adequate medical care and treatment from a properly trained stomach specialist

**07-16-2011** (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: LPN Armstrong denied me medical attention after being put on notice that I was vomiting, had chills, sweating and that I was suffering.

_Is this Grievance concerning Medical or Mental Health Services?_ YES _If yes, circle one:_ medical or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I am submitting this complaint against LPN Armstrong who's also apart of the problem looking the other way. On July 16, 2011 during evening pillcall, I put LPN Armstrong on notice of my serious medical need of severe stomach pain, which have caused me to start vomiting, sweating, have chills, and that it was possible that I had a fever, as well as I was suffering from severe stomach pain and acid reflux that could be causing these symptoms, LPN Armstrong responded by telling me to put in a sickcall after she failed to make a good-faith effort and look in the toilet telling me she don't see anything. I also advised LPN Armstrong that I was suffering and the infliction of wanton and unnecessary pain are making me miserable and I request emergency medical attention that LPN Armstrong denied me, I've vomit so much that my throat and chest hurt as well my stomach is in severe pain. I've been 25 times in the sickcall process since Mar. 25, 2011 and charged each time for this reoccurring problem, due to CMS are monopolizing and extorting me in the sickcall process by providing me inadequate treatment by taking shortkuts by prescribing me cheap medication which are only making my problem worse. I request to see a properly trained stomach specialist.

Inmate Signature __K Whitaker__    Date __July 28, 2011__

_If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee._

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on __7/28/11__ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? (Yes or No). If yes, name of the person in that department receiving this form: __Woodrun LPN__ Date __7/28/11__

PRINT STAFF NAME (PROBLEM SOLVER) __Travis Stene__ ID Number __74346__ Staff Signature __Sgt. Stene__ Date Received __7/28/11__

Describe action taken to resolve complaint, including dates: This issue is already being addressed in grievance GR-11-00991

Staff Signature & Date Returned __Morrison 8-2-11__    Inmate Signature & Date Received __K Whitaker Jr. Aug. 02, 2011__

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420                                                                                          Attachment IV
3GH

INMATE NAME:  Waller, Kenneth L.        ADC #:  103829D      GRIEVANCE #:  GR-11-01054

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

You stated "I am submitting this complaint against LPN Armstrong whos also apart of the problem looking the other way. On July 16, 2011 during evening pill call, I put LPN Armstrong on notice of my serious medical need of severe stomach pain., which have caused me to start vomiting, sweating, have chills, and that it was possible that I had a fever, as well as I was suffering from severe stomach pain and acid reflux that could be causing these symptoms, LPN Armstrong responded by telling me to put in a sickcall after she failed to make a good-faith effort and look in the toilet telling me she dont see anything. I also advised LPN Armstrong that I was suffering and the infliction of wanton and unnecessary pain are making me miserable and I request emergency medical attention that LPN Armstrong denied me, Ive vomit so much that my throat and chest hurt as well as my stomach is in severe pain. Ive been 25 times in the sickcall process since Mar. 25, 2011 and charged each time for this reoccurring problem, due to CMS are monopolizing and extorting me in the sickcall process by providing me inadequate treatment by taking shortcuts by prescribing me cheap medication which are only making my problem worse. I request to see a properly trained stomach specialist."

You have been seen through sick call 6 times since 3/25/11 about abdominal pain. Each time you were seen by a nurse you were given the medications that was approved by the provider for your symptoms. On 8/20/11 you were seen by a nurse during sick call, who you told, you took yourself off the Protonix you were prescribed. You have also been seen 3 times by a provider in chronic care clinic to address your symptoms. The last time you were seen in chronic care was on August 10, 2011. At the time of the visit, you told the provider you were not taking any of you medicine, because the medications have not done one thing to help your pain. She filled out a consult request form to get approval to send you for an abdominal ultrasound after your visit. We are awaiting the approval or other recommendations from the regional medical director. Therefore, I find this grievance without merit.


_Ashley Bagwell_                _Rn/Dorn_                    _8/31/11_
Signature of Health Services          Title    RECEIVED-DEPUTY DIRECTOR              Date
Administrator/Mental Health                    ARKANSAS DEPARTMENT
Supervisor or Designee                         OF CORRECTION

                                    SEP 2 2 2011

                                    HEALTH & CORRECTIONAL PROGRAMS

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space

provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Each time I was seen in the sickcall process and in Chronic Care for these seven stomach pains, I was never given anything for pain, also the prescribed medications given to me isn't to help pain and I'm suffering from the Warden and is infliction of unnecessary pain because I was never given anything for pain. The sickcall process is inadequate, the grievance procedure is inadequate, because it's futile to file a grievance, because it takes so long to receive a adequate response and when I receive a response Ashley Bagwell makes a systematic procedure of responding with no merit utilize the sickcall process. Therefore ~~Ashley~~ Ashley Bagwell is apart of the problem looking the other way, because she does not properly train, correct, investigate, contact, and ~~train~~ supervise her people by carrying out her imposed legal duties according to her medical training. I took myself off protonic because no one including Nurse Waldrupp and Dr. Nance did let me know when was putting

_____    103829    Sept. 02, 2011
Inmate Signature          ADC#         Date

on protonic and didn't start having these symptoms, vomiding, sweatines, chills, losing weights, blood in my stool, and possible severs until Nurse Waldrupp conducted Dr. Nance who ordered Nurse Waldrupp to put me on protonic.

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

SEP 22 2011

HEALTH & CORRECTIONAL PROGRAMS

IGTT430
3GD
Attachment VI

INMATE NAME: <u>Waller, Kenneth L.</u>      ADC#: <u>103829</u>    GRIEVANCE#:GR-11-01054

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You grieve on July 28, 2011, that LPN Armstrong looked the other way at pill call on July 16, 2011. You claim you were having severe stomach pain, vomiting, sweating, and chills. You that LPN Armstrong told you to put in a sick call after she failed to make a good faith effort to look in the toilet, and said she did not see anything.

The medical department's responded that you have been seen through sick call six times since March 25, 2011, for abdominal pain. Each time you were seen by a nurse and given the appropriate medications by the provider. On August 20, 2011, you were seen by a nurse during sick call, and you stated that you took yourself off Protonix. You have been seen three times by a provider in chronic care to address your symptoms. The last chronic care visit was August 10, 2011, and you told the provider you were not taking any of your medication because it has done nothing for you. The provider filled out a consult request for approval to send you for an abdominal ultrasound. They state they are waiting for the approval, and or recommendations from the regional medical director. They found the grievance without merit.

You state in your appeal that each time you were seen in chronic care and sick call you were never given pain medication for the stomach pains. You claim the sick call process is inadequate, because it takes so long to receive a response. You claim you took yourself off of Protonix because no one let you know you were on it, and you did not start having the pains until you were put on it.

Your medical issues have been addressed, and the providers continue to address your issues. You are encouraged to cooperate more with the medical staff.

Your appeal is without merit.


_____        _____
Signature                                               Date
                                                                10/21/11

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center ___Grimes___

AUG 0 1 2011

Grimes Unit

**Name** Kenneth L. Waller

ADC# 103829    Brks # Seg 122   Job Assignment Ad Seg

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # GR-11-01033</td></tr>
<tr><td>Date Received: 8-1-11</td></tr>
<tr><td>GRV. Code #: 600</td></tr>
</table>

07-23-2011 (Date) STEP ONE: Informal Resolution

07-30-2011 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: CMS or are monopolizing and extorting inmates in the sickcall process by providing inadequate medical treatment.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* YES  *If yes, circle one:* (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how **you** were affected. (Please Print): I am submitting this complaint against Billy Cowell, Ashley Bagswell Robinett, and Jennifer Horn who's all apart of the problem looking the other way, by not assuring that I'm being provided adequate medical treatment for my serious medical need. Since Mar. 25, 2011 I been seen in sickcall 24 times for stomach pain and acid reflux and have been charged in the sickcall process for three re-occurring problems after being provided inadequate medical treatment and prescribed cheap medication which have made my problem worse each day because I am suffering, losing weight, vomiting, sweating, and have chills that's caused by the stomach pain. The theory is obvious Mr. Cowell have made a inadequate policy, custom, and usage responding to grievances with no merit and continue to utilize the sickcall process, DON Robinett have failed to take corrective action and assure her subordinates provide me with adequate medical care instead of taking shortcuts by prescribing medication that's not working, and LPN Horn are not investigating the matters raised in the grievances by talking to the UMD Betty Hutchinson and responding with conclusory assertions. Where prison officials acts or responds to some form of prisoner complaints or grievances or appeals and fails to remedy the wrong personal involvement will be found under the 2nd Colon Prong, 42 U.S.C. 1983 Colon v. Coughlin, 58 F.3d at 873.

RECEIVED
SEP 22 2011
INMATE CORRECTIONAL PROGRAMS

K___th Llee_          July 23, 2011
**Inmate Signature**              **Date**
*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

## THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 7-23-11 (date), and determined to be Step One and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: _____ Date 7/28/11
Sgt. Koonttos 52098     Roger Pink         7-23-11
**PRINT STAFF NAME** (PROBLEM SOLVER)  ID Number  Staff Signature     Date Received
Describe action taken to resolve complaint, including dates: You have been referred back to a provider to be reevaluated for your complaints.

QHorn pn 7/27/11          K___B Llee July 27, 2011
**Staff Signature & Date Returned**    **Inmate Signature & Date Received**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

----------

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

IGTT420
3GH

INMATE NAME: <u>Waller, Kenneth L.</u>     ADC #: <u>103829D</u>     GRIEVANCE #: <u>GR-11-01033</u>

### HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(605) You state that your stomach complaints are not being properly addressed.</u>

<u>This issue has been addressed in grievance GR 11-01004, 00990, and 00968.</u>
<u>Review of your record shows that you have had lab drawn on 7/22/11. On 5/11/11 you refused lab. You had an abd. x-ray on 4/30/11. A UA was done on 4/22/11. You have been evaluated by a provider on 8/10/11, 7/6/11, 4/27/11, 3/30/11, and 12/29/10. You have been ordered a special diet. You have also been on the following medications for this issue: Simethicone, Tums, Protonix, and Zantac. A consult for an abdominal ultrasound is pending. Your issue is being evaluated and treated. Therefore I find this grievance to be without merit. If you have further issues utilize the sick call process.</u>


_Ashley Bagwell_                    _Rn/DON_                    8-29-11
Signature of Health Services              Title                    Date
Administrator/Mental Health Supervisor          RECEIVED DEPUTY DIRECTOR
or Designee                         ARKANSAS DEPARTMENT
                              OF CORRECTION

                              SEP 22 2011

                              HEALTH & CORRECTIONAL PROGRAMS

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? I disagree because Simethicone, Tums, Protonix, and Zantac are not for pain. Also each time I was seen in sickcall and chronic care I wasn't prescribed anything about pain and by not being prescribed anything for pain, I'm continued to suffer from the wanton and infliction of unnecessary pain. Also Ashley Bagwell is apart of the problem looking the other way, because she fails to carry out her imposed legal duties and properly train correct, investigate issues and supervise her people as well assure that then treat me as required to their medical training.


_K Kenneth L. Waller_                 103829                 Sept. 02, 2011
Inmate Signature                    ADC#                    Date

IGTT430
3GD

Attachment VI

INMATE NAME: <u>Waller, Kenneth L.</u>     ADC#: <u>103829</u>    GRIEVANCE#:GR-11-01033

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

You have appealed five grievances you filed in July claiming you are not getting adequate medical treatment. This grievance also complained about the grievance procedure and the lack of investigation into your grievances at the Grimes Unit by the medical staff.

The medical department responded with information from your medical record. You appealed their response stating Simethicone, Tums, Protonix, and Zantac are not for pain. You claim you were never prescribed anything for pain in sick call or chronic care.

You have been ordered Ibuprofen and Naproxen which are both for pain relief. The licensed medical staff have to order and/or discontinue medications using their medical judgement based upon what is appropriate and clinically indicated. You have been diagnosed with peptic ulcer disease and your medical needs are being addressed.

This grievance appeal is without merit.


_____          _____
            Signature                                    Date
                                          10/21/11