# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KENNETH L. WALLER, JR.,
ADC #103829                                                                                    PLAINTIFF

V.                                     1:11CV00095 JLH/JTR

WENDY KELLEY, Deputy Director,
Arkansas Department of Correction, et al,                                      DEFENDANTS

# PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

# INSTRUCTIONS

The following recommended disposition has been sent to United States Chief District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new,

different, or additional evidence, and to have a hearing for this purpose before the United States District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the requested hearing before the United States District Judge was not offered at the hearing before the Magistrate Judge.

3. An offer of proof setting forth the details of any testimony or other evidence (including copies of any documents) desired to be introduced at the requested hearing before the United States District Judge.

From this submission, the United States District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## I. Introduction

Plaintiff, Kenneth L. Waller, Jr., is a prisoner in the Grimes Unit of the Arkansas Department of Correction. He has recently filed a Motion for Default Judgment against the Defendants named in this *pro se* § 1983 action. *See* docket

entry #43. For the following reasons, the Court recommends that Plaintiff's Motion be denied.

## II. Discussion

A default judgment is appropriate when a defendant fails, without sufficient cause, to timely file an answer or responsive pleading to the complaint. *See* Fed. R. Civ. P. 55; *Stephenson v. El-Batrawi*, 524 F.3d 907, 912-14 (2008). An answer or responsive pleading must be filed within twenty-one days of service of the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A).

Defendant Kelley was served on February 9, 2012. *See* docket entry #19. She timely filed her Answer, twenty one days later, on March 1, 2012. *See* docket entry #33.

Defendants Bridgeman, Corizon Inc., Armstrong, Hutchinson, Nance, Horn, Bagwell, and Cowell were served on February 21, 2012. *See* docket entries #20 through #27. Defendant Waldrupe was served, at a sealed private address, on March 7, 2012. *See* docket entry #34. Similarly, Defendant Gilbert was served, at a sealed private address, on March 12, 2012. *See* docket entry #39. On March 15, 2012, the Court granted these ten Defendants (collectively referred to as the "Corizon Defendants") an extension, until March 26, 2012, to file their Answer. *See* docket entry #37. On March 26, 2012, the Corizon Defendants timely filed their Answer.

*See* docket entry #40.

Plaintiff's Motion has no merit because it is clear, from the record, that none of the Defendants are in default.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's Motion for Default Judgment (docket entry #43) be DENIED.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 13th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE