# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KENNETH L. WALLER, JR., ADC #103829                                             PLAINTIFF

v.                              NO. 1:11CV00095 JLH/JTR

BILLY COWELL, Health Services Administrator,
Corizon Medical Services, *et al.*                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed and judgment is entered in favor of the defendants. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE